DANIEL G. BOGDEN
United States Attorney
District of Nevada
KIMBERLY M. FRAYN
Assistant United States Attorney
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, Nevada 89101

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:12-CR-00082-JCM-VCF |
| Plaintiff, ) | |
| ) | |
| v. ) | MOTION TO DISMISS |
| ) | INDICTMENT AND QUASH |
| ROLANDO MARQUEZ, ) | <u>ARREST WARRANT</u> |
| Defendant. ) | |

The United States of America by Daniel G. Bogden, United States Attorney for the District of Nevada, and Kimberly M. Frayn, Assistant United States Attorney, requests pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that the Court enter an order allowing the government to dismiss without prejudice the charges brought against defendant **ROLANDO MARQUEZ** which are contained in Indictment 2:12-CR-00082-JCM-VCF, and quash the warrant for his arrest.

DATED this _9th__ day of May, 2012.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Kimberly M. Frayn
KIMBERLY M. FRAYN
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>ROLANDO MARQUEZ,<br><br>   Defendant. | 2:12-CR-00082-JCM-VCF<br><br>ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charges brought against defendant ROLANDO MARQUEZ that are contained the above-captioned Indictment.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Kimberly M. Frayn
KIMBERLY M. FRAYN
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

IT IS FURTHER ORDERED the warrant for ROLANDO MARQUEZ's arrest is quashed.

DATED this 30th day of May 2012

_____
UNITED STATES DISTRICT JUDGE

2